# UNITED STATES DISTRICT COURT
## District of Minnesota

Marcelino Alejandro Jacome Ulloa,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Mary De Anda-Ybarra, Warden of ERO El Paso East Montana Camp,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-862 SRB/SGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Marcelino J.'s Petition for a Writ of Habeas Corpus (Doc. #1) is GRANTED.

2. The Court DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court ORDERS Respondents to immediately release Petitioner. Upon release, Respondents shall return to Petitioner his government-issued identification documents, as well as any other lawfully issued documents or property seized from him.

4. Finally, the Court ORDERS Respondents to notify the Court and opposing counsel within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 2/3/2026

KATE M. FOGARTY, CLERK